NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**DAVID HOVER,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

———————————

2014-5022

———————————

Appeal from the United States Court of Federal Claims in No. 1:13-cv-00895-MMS, Judge Margaret M. Sweeney.

———————————

**ON MOTION**

———————————

**O R D E R**

David Hover moves for an extension of time to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.  Hover's brief is due within 14 days of the date of this order.

2                                                    HOVER v. US


                                        FOR THE COURT

                                        /s/ Daniel E. O'Toole
                                        Daniel E. O'Toole
                                        Clerk of Court


s27